# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

       2. Case Administrator

FROM:    Financial Administrator

DATE: **12-21-2009**

**UC**

CASE NAME: _Scott_

CASE NUMBER: _07-22077_

Check Number _66224_ in the amount of $ _7788.13_ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: _10279_    Intake Clerk's Initials _A_

. *    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE _FORWARD TO_
     THE APPROPRIATE _CASE ADMINISTRATOR_.

#4b-F

2009 DEC 21 PM 3:42

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

December 17, 2009

John J. Horner, Esquire           OR      John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court              Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                     U.S. Courthouse, Room B160
600 Grant Street                          17 South Park Row
Pittsburgh PA 15219                       Erie PA 16501

RE:  WILLIAM H. SCOTT

Case No.: 07-22077  D

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

NATIONAL CITY MORTGAGE
ATTN BANKRUPTCY PMT PROCESSING
3232 NEWMARK DR
MIAMISBURG OH                              45342

CHECK NUMBER __662241__                  AMOUNT $ __7,788.13__

    The disbursement(s) was returned to the Trustee for the following reason:

_____    a.  Trustee has been unable to locate Creditor.

__X__    b.  Creditor returned funds.

_____    c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
07-22077 D

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                        Very truly yours,

                                        RONDA J. WINNECOUR
                                        for Standing Chapter 13 Trustee

cc: MEGHAN TIGHE ESQ
    WILLIAM H. SCOTT

    NATIONAL CITY MORTGAGE
    Creditor